FOURTH DEPARTMENT, DECEMBER, 1992

(December 30, 1992)

■ In the Matter of STEVEN D. ROSE, as Commissioner of Oswego County Department of Social Services, on Behalf of DARLENE H. WATKINS, Appellant, v DENNIS WALKER, Respondent.—Order unanimously affirmed without costs (see, Matter of Rose v Haney, 188 AD2d 999 [decided herewith]). (Appeal from Order of Oswego County Family Court, Roman, J.—Child Support.) Present—Callahan, J. P., Green, Pine, Boehm and Doerr, JJ.